UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

| | |
|---|---|
| RISSE & SONS, ET AL., | No. 2:06-CV-02934-LKK-DAD |
| Plaintiff(s), | **ORDER GRANTING JOINT MOTION TO STAY PENDING ARBITRATION** |
| vs. | |
| SUNDT CONSTRUCTION, INC., ET AL., | |
| Defendant(s) | |

## ORDER GRANTING JOINT MOTION TO STAY PENDING ARBITRATION

UPON CONSIDERATION of Risse & Sons, Inc.'s dba Risse Mechanical ("Risse"), Sundt Construction, Inc.'s ("Sundt") and Fidelity & Deposit Company of Maryland's ("Fidelity"), collectively referred to as the Parties', Joint Motion to Stay Pending Arbitration, by the United States District Court for the Eastern District of California (Sacramento Division), it is

**ORDERED**, that the Parties' Motion to Stay Pending Arbitration be, and the same is, hereby GRANTED; and it is further

**ORDERED**, that the action styled <u>Risse & Sons, Inc., et al. v. Sundt Construction, Inc., et al.</u>, Civil Action No. 2:06-CV-02934-LKK-DAD, be stayed pending the conclusion of arbitration proceedings.

DATED:  February 12, 2007

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER GRANTING JOINT MOTION TO STAY PENDING ARBITRATION - 1

PDF created with pdfFactory trial version www.pdffactory.com