PORTER & ASSOCIATES
A Law Corporation
William L. Porter, Esq. [133968]
Ted Daniel Wood, Esq. [191768]
7801 Folsom Blvd. Suite 101
Sacramento, California 95826
Telephone: (916) 381-7868
Facsimile: (916) 381-7880

Attorneys for Plaintiff
RISSE & SONS, INC.

R. Randall Nye, Esq. (CA Bar No. 147946)
Sundt Construction, Inc.
2620 South 55th Street
Tempe, AZ 85282
Telephone: (480) 293-3046
Facsimile:  (602) 293-5643

Dorothy E. Terrell (Appearing *Pro hac vice*)
Kathryn T. Muldoon (CA Bar No. 246236)
Smith Pachter McWhorter PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182-2700
Telephone: (703) 847-6300
Facsimile: (703) 847-6312

Attorneys for Defendant
SUNDT CONSTRUCTION, INC. and
FIDELITY & DEPOSIT COMPANY OF MARYLAND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

| | |
|---|---|
| RISSE & SONS, ET AL.,<br><br>         Plaintiff,<br><br>     vs.<br><br>SUNDT CONSTRUCTION, INC., ET AL.,<br><br>         Defendant | Case No.: No. 2:06-CV-02934-LKK-DAD<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

//

//

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: July 2, 2008    By:    /s/ William L. Porter
                              (as authorized on July 2, 2008)
                              PORTER & ASSOCIATES
                              A Law Corporation
                              William L. Porter, Esq.
                              Conor H. McElroy, Esq.
                              7801 Folsom Blvd. Suite 101
                              Sacramento, California 95826
                              *Attorneys for Risse & Sons, Inc. dba Risse Mechanical, United States for the use of Risse & Sons, Inc. dba Risse Mechanical*

Dated: July 2, 2008    By:    /s/ Dorothy E. Terrell
                              (as authorized on July 2, 2008)
                              Dorothy E. Terrell (*Pro hac vice*)
                              Kathryn T. Muldoon (CA Bar No. 246236)
                              SMITH PACHTER MCWHORTER PLC
                              8000 Towers Crescent Drive, Suite 900
                              Vienna, Virginia 22182-2700

                              and

                              R. Randall Nye, Esq. (CA Bar No. 147946)
                              Sundt Construction, Inc.
                              2620 South 55th Street
                              Tempe, AZ 85282
                              *Attorneys for Sundt Construction, Inc. and Fidelity & Deposit Company of Maryland*

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

The stipulation is approved.  The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated:  July 2, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com